James D. Kilroy (*Pro Hac Vice*)
Chad R. Fears, NV Bar No. 6970
Bradley T. Austin, NV Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jkilroy@swlaw.com
Email: cfears@swlaw.com
Email: baustin@swlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GERDAU REINFORCING STEEL, a Delaware general partnership, <br><br> Plaintiff, <br><br> vs. <br><br> TAMRA MAE L. HUNT, an individual resident of Nevada, both individually and in her capacity as Trustee of the Tamra Mae L. Hunt Irrevocable Trust and the Hunt Investment Trust; TIMOTHY HUNT, both individually and in his capacity as Trustee of the Hunt Investment Trust; LINCOLN BENEFIT LIFE COMPANY, a Nebraska corporation; and JOHN DOES 1-50. <br><br> Defendants. | CASE NO.: 2:14-cv-00302-JCM-PAL <br><br><br> **ENTRY OF DEFAULT JUDGMENT** |

TO: ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD

It appearing from the records in the above-titled action that the Summonses issued by this Court on the Complaint have been regularly served upon Defendant Tamra Hunt, both individually and in her capacity as Trustee of the Tamra Mae L. Hunt Irrevocable Trust and the Hunt Investment Trust, and upon Timothy Hunt, both individually and in his capacity as Trustee of the Hunt Investment Trust; and, it appearing from the records herein that each of said Defendants has failed to plead or other defend in said action as required by said Summonses and provided by the Federal Rules of Civil Procedure, and therefore the Clerk's entry of Default on July 8, 2014 was proper.

19669074.1

Now, therefore, on request of counsel for Plaintiff, DEFAULT JUDGMENT is hereby entered against Defendants Tamra Hunt, individually and in her capacity as Trustee of the Tamra Mae L. Hunt Irrevocable Trust and the Hunt Investment Trust, and Timothy Hunt, individually and in his capacity as Trustee of the Hunt Investment Trust, as follows:

1. Plaintiff is immediately awarded the cash surrender value of the life insurance policy that Defendants obtained from Lincoln Benefit Life Company; and,

2. Defendants are required to immediately return all sums of money that Defendants paid toward the life insurance policy that Defendants obtained from the Lincoln Benefit Life Company.

DATED: July 21, 2014

_____
United States District Court Judge

19669074.1